United States District Court
Southern District of Texas
**ENTERED**
December 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOMINIC ZAMORA, *et al.*, | § § § | |
| *Plaintiffs,* | § § § | Lead Case No. 4:21-cv-875 |
| v. | § § | |
| APPRIOHEALTH, L.L.C. AND APPRIO, INC. AND DARRYL BRITT, | § § § § | |
| *Defendants.* | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Defendants ApprioHealth, L.L.C.'s, Apprio, Inc.'s, and Darryl Britt's (collectively, "Defendants") motion to remand the case *Robert Trey Dart, et al. v. ApprioHealth, L.L.C., et al.*, Case No. 4:21-cv-877 (the "*Dart* Suit") (Doc. 101). On December 9, 2021, Judge Palermo issued a Report and Recommendation (Doc. 120), recommending that the Defendants' motion to remand the *Dart* Suit be GRANTED. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendants' motion to

1

remand (Doc. 101) is hereby **GRANTED** and the *Dart* Suit, Case No. 4:21-cv-877, is **REMANDED**.

**IT IS SO ORDERED.**

**Signed** at Houston, Texas, on this the 29th day of December, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE