UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DOMINIC ZAMORA,** | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CIVIL ACTION NO. 4:21-CV-00875 |
| **APPRIOHEALTH, LLC AND APPRIO, INC., AND DARRYL BRITT** | § § § § | (consolidated) |
| | § | **JUDGE DENA HANOVICE PALERMO** |
| *Defendants.* | § | **JUDGE KEITH P. ELLISON** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the agreement between Dominic Zamora, George Derek Shaw, ApprioHealth, LLC, Apprio, Inc., Darryl Britt, and Invicta Health Solutions, LLC (collectively, the "Parties"), the Parties hereby stipulate and agree that this consolidated action and the underlying actions should be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

The Parties request that the Court enter the Parties' Proposed Order of Dismissal with Prejudice attached to this Joint Stipulation of Dismissal with Prejudice.

1

Dated:  April 20, 2022

By: */s/ Jonathan Baughman*
Jonathan D. Baughman
State Bar No. 24029074
S.D. Tex. Bar. No. 31347
*jbaughman@mcginnislaw.com*
William K. Grubb
State Bar No. 24107793
S.D. Tex. Bar No. 3444642
*wgrubb@mcginnislaw.com*
609 Main Street, Suite 2800
Houston, Texas 77002
(713) 615-8500
(713) 615-8585 (fax)
Michael E. Kabat
State Bar No. 24050847
S.D. Tex. Bar No. 876878
*mkabat@mcginnislaw.com*
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 (fax)

**Attorneys for Dominic Zamora and George Derek Shaw**

By: */s/ Rachel Steely*
Rachel Powitzky Steely
State Bar No. 00792770
Email: rsteely@foley.com
Scott D. Ellis
Texas Bar No. 24044606
sellis@foley.com
Taylor Appling
Texas Bar No. 24092628
Tappling@foley.com
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

**Attorneys For Derek Shaw**

Respectfully submitted,

By: */s/ Theresa Wanat*
Brad Hancock
State Bar No. 00798238
Brad.Hancock@hklaw.com
Theresa Wanat
State Bar No. 24071469
theresa.wanat@hklaw.com
811 Main Street
Suite 2500
Houston, Texas 77002
(713) 821-7000
(713) 821-7001 Fax

Sara Schretenthaler Staha
State Bar No. 24088368
200 Crescent Court
Suite 1600
Dallas, Texas 75201
(214) 964-9500

**Attorneys for ApprioHealth, LLC, Apprio, Inc., and Darryl Britt**

By: */s/ Larry Labanowski*
Lawrence F. Labanowski
State Bar No. 11784859
S.D. Texas Federal I.D. No. 11784859
LAWRENCE F. LABANOWSKI & ASSOCIATES
2134 Welch Street
Houston, Texas 77019
Telephone: (713) 622-0700
Facsimile: (713) 622-0700
larry@labanowski.com

**Attorney for Invicta Health Solutions, LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DOMINIC ZAMORA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-CV-00875 |
| | § | (consolidated) |
| **APPRIOHEALTH, LLC AND** | § | |
| **APPRIO, INC., AND DARRYL BRITT** | § | |
| | § | **JUDGE DENA HANOVICE PALERMO** |
| *Defendants.* | § | **JUDGE KEITH P. ELLISON** |

## ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the Joint Stipulation of Dismissal with Prejudice filed by all Parties in this consolidated matter, *Dominic Zamora v. ApprioHealth LLC and Apprio, Inc. and Darryl Britt,* Case Nos. 4:21-cv-00875 (consolidated action), which consisted of the following matters: *Dominic Zamora v. ApprioHealth LLC and Apprio, Inc. and Darryl Britt*, Case Nos. 4:21-cv-00875 (lead case); *Derek Shaw v. ApprioHealth, LLC and Apprio Inc.,* Case No. 4:21-cv-00876; *Robert Trey Dart, Jude Crowell, and Tiffany Echevarria v. ApprioHealth, LLC, and Apprio Inc.,* Case No. 4:21-cv-00877 (previously remanded); and *Apprio, Inc. and ApprioHealth LLC v. Invicta Health Solutions, LLC.,* Case No. 4:21-cv-03443. Accordingly, the consolidated action and the underlying actions are DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

SO ORDERED.

_____
Judge Presiding

3

2550902.v6