United States District Court
Southern District of Texas
**ENTERED**
April 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOMINIC ZAMORA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00875 |
| | § | |
| APPRIOHEALTH, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Parties in this case have filed a Joint Stipulation of Dismissal with Prejudice signed by all parties who have appeared. ECF No. 134. In accordance with that Joint Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims in the consolidated action and the underlying actions that remain outstanding are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and fees. The Clerk is directed to **CLOSE** this case and the underlying actions (4:21-cv-00876; 4:21-cv-00877 [previously remanded]; and 4:21-cv-03443).

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of April, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE